FLORAL PARK MUTUAL FUEL CO., INC., and JOHN LEWIS CHILDS, INC., Respondents, v. ANNIE E. FISKE, Defendant. GEORGE MAURE and MARY MAURE, Appellants.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

MADELINE KLINE, Appellant, v. HARRY KLINE, Respondent.— Motion for stay of order awarding custody of child to defendant pending appeal granted, upon condition that the terms of the order heretofore entered in habeas corpus proceedings on the 6th day of November, 1924, be strictly complied with. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

LAVINIA LALLY, Respondent, v. EMILIE L. CRONEN, Individually and as Executrix, etc., Appellant. THE BROOKLYN SAVINGS BANK and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper and Hagarty, JJ.; Lazansky, J., not voting.

ASSIR M. LEWINE, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant. AZOVSKO DONSKOI KOMMERSCHESKII BANK, etc., Defendant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

JOHN MCQUADE & CO., INC., Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

MAURICE W. METZLER, Respondent, v. ISAAC REGENSBURG, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

EVA MORELL, Respondent, v. SAM SELDIN and SAMUEL H. SELDIN, Appellants.— Motion to dismiss appeal denied on condition that within ten days from entry of order herein defendants file a corporate undertaking to secure the judgment. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

HARRY NEMETH, Respondent, v. ANNA SPEIDEL, Appellant.— Motion for reargument of motion to dismiss appeal granted upon condition that appellant pay twenty dollars costs; and upon such reargument, motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

DAVID NISSNEWITZ, Respondent, v. JENNIE YUSTEIN, MARY COHEN, MAX YUSTEIN and HARRY COHEN, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

P. & H. REALTY CORPORATION, Respondent, v. ABRAHAM MORGANSTERN and Others, Respondents. ISAAC MINER, Appellant, and Another, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ:

ROSE PAGANO, as Committee of the Estate of JOSEPH PAGANO, an Incompetent, Appellant, v. G. A. SCHACHT MOTOR TRUCK CO., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

JOSEPH PARISI, Respondent, v. FRANK CASTELLI and FILOMENA CASTELLI, Appellants.— Motion to dismiss appeal denied    Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.